IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUGUSTUS CHRISTOPHER RICHARD LONERGAN, and MATTHEW LLOYD HUDSON-SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> UR MENDOZA JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVCES, <br> Defendant. | Case No. 22-CV-02169 <br><br> Hon. Judge Esther Salas <br><br> Hon. Magistrate Jose R. Almonte |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Augustus Christopher Richard Lonergan and Matthew Lloyd Hudson-Smith, and Defendant Ur Mendoza Jaddou, Director, U.S. Citizenship and Immigration Services, and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

*s/Yelena G. Vilk*
Yelena G. Vilk, Esq.
NJ Bar No. 62392014
Green and Spiegel LLC
1524 Delancey St. 4th Floor
Philadelphia, PA 19102
Phone: (215) 395-8959

*Attorney for Plaintiffs*

Dated: September 29, 2022

/s/ Vanessa Molina
VANESSA MOLINA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorney for Defendants*

Dated: September 29, 2022

**SO ORDERED.** The Clerk of the Court shall mark this matter **CLOSED.**

_____
Hon. Esther Salas, U.S.D.J.
**Dated:** October 3, 2022